1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  JOSE COBIAN

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JOSE COBIAN,<br><br>       Defendant. | Case No. 2:09-cr-0501 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Jose Cobian, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 31, 2011 at 9:30 a.m., and to continue the status conference until November 14, 2011 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

The parties have settled on terms of a plea agreement and contemplate that Mr. Cobian will change his plea on November 14, 2011; however, the government has not yet provided a written plea agreement.  Further, Ms. Radekin needs time to meet with Mr. Cobian and review the written plea agreement with an interpreter prior to entry of plea.  The Court is advised that Ms. Thomas concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation

until November 14, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 25, 2011   BENJAMIN WAGNER
United States Attorney

By: /s/ Jill Thomas
JILL THOMAS
Assistant United States Attorney

Dated: October 25, 2011   /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
JOSE COBIAN

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of October 31, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on November 14, 2011 at 9:30 a.m. The court finds excludable time in this matter through November 14, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 26, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE