1 **ERIN J. RADEKIN**
  **Attorney at Law - SBN 214964**
2 428 J Street, Suite 350
  Sacramento, California 95814
3 Telephone: (916) 446-3331
  Facsimile: (916) 447-2988
4
  Attorney for Defendant
5 J. HERIBERTO COBIAN MONROY

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:09-cr-0501 WBS** |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE** |
| J. HERIBERTO COBIAN MONROY, et al. | |
| Defendant. | |

### **STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin Lee, and defendant, J. Heriberto Cobian Monroy, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 9, 2012 at 9:30 a.m., and to continue the status conference until February 6, 2012 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

A new indictment was returned in this case and the defendant is prepared to enter his plea ot the plea agreement; however, Ms. Radekin broke her foot on November 29, 2011 and had surgery on her foot on December 9, 2011. She is on crutches until mid-January. Hence, she will not be able to meet with Mr. Monroy to prepare him for the plea or appear in court until after January 15, 2012. The Court is advised that Mr. Lee concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until February 6, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: January 4, 2012                          BENJAMIN WAGNER
                                                United States Attorney

                                                By:       /s/ Justin Lee
                                                JUSTIN LEE
                                                Assistant United States Attorney


Dated: January 4, 2012                                /s/ Erin J. Radekin
                                                ERIN J. RADEKIN
                                                Attorney for Defendant
                                                J. HERIBERTO COBIAN MONROY

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of January 9, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on February 6, 2012 at 9:30 a.m. The court finds excludable time in this matter through February 6, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: January 5, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE